IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,      ) Criminal Case No. 15-00022-1
                               )
                Plaintiff,     )
                               )
        vs.                    )
                               )
HENRY ALVENDIA,                )
                               )
                Defendant.     )
_____)

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
MAGISTRATE JUDGE
APRIL 29, 2015; 4:08 P.M.
HAGATNA, GUAM

**Initial Appearance on an Indictment and Arraignment**

Proceedings recorded *electronically*, transcript produced by computer.

Veronica F. Reilly, CSR-RPR
Official Court Reporter
520 W. Soledad Avenue
Hagatna, Guam 96910

APPEARANCES


Appearing on behalf of plaintiff:


**OFFICE OF THE UNITED STATES ATTORNEY**
**BY: FRED BLACK, AUSA**
108 Hernan Cortez Avenue
Suite 500, Sirena Plaza
Hagatna, Guam 96910




Appearing on behalf of defendant:


**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**BY: JOHN T. GORMAN, FPD**
400 Route 8
Suite 501, First Hawaiian Bank Building
Mongmong, Guam 96910


ALSO PRESENT:

Erwin Fejeran, Homeland Security
Gary Hewitt, FBI
Jeffrey Ventura, Pretrial Services

I N D E X

|                                                                              | Page |
|------------------------------------------------------------------------------|------|
| The Court appointed the federal public defender to represent defendant       | 5    |
| The Court continued to seal case pending further proceedings                 | 6    |
| Arraignment continued until **May 13th, at 10:30**                           | 7    |

Veronica F. Reilly, CSR-RPR
Official Court Reporter
520 W. Soledad Avenue
Hagatna, Guam 96910

1          **April 29, 2015; 4:08 p.m.; Hagatna, Guam**

2                          \* \* \*

3

4          THE CLERK:  *Criminal case 15-00022, USA versus*

5   *Henry Alvendia;* Initial appearance on indictment and

6   arraignment.

7          Counsel, please state your appearances.

8          MR. BLACK:  Good afternoon, Your Honor.  Fred

9   Black for the government.  Erwin Fejeran and Gary Hewitt,

10  special agents with Homeland Security and one with FBI.

11         THE COURT:  Good afternoon.

12         MR. GORMAN:  Buenas and hafa adai, Your Honor.

13  John Gorman, Federal Public Defender for Mr. Alvendia, he's

14  now seated -- or standing to my right.

15         THE COURT:  Good afternoon.  Let the record show

16  that we have before the Court this afternoon the defendant,

17  Mr. Henry Alvendia.

18         And, sir, let me just advise you that the grand

19  jury has returned an indictment herein, charging you in Count

20  1 with conspiracy to defraud and to deprive honest services,

21  further charging you in Counts 2 through 8 with the offense of

22  wire fraud, further charging you in Count 9 with Hobbs Act,

23  extortion funds, further charging you in Counts 10 to 11 with

24  receipt of bribe by agent of organization receiving federal

25  funds, and finally charging you in Count 12 with trafficking

1    in counterfeit goods.

2              And have you seen or received a copy of this

3    indictment?

4              THE DEFENDANT:  Yes, I have, Your Honor.

5              THE COURT:  All right.  And at this time, let me

6    just advise you of certain rights that you have in this

7    matter:

8              You have the right to be represented by an

9    attorney of your own choosing.  And if you're not able to

10   retain your own attorney, the Court can appoint an attorney

11   for you.

12             And let the record show that I have received from

13   you today a financial affidavit in which you attest as true

14   under penalty of perjury the information contained therein.

15   So based upon the financial affidavit, the Court will appoint

16   the federal public defender to represent you in this matter.

17   And that office is represented by Mr. Gorman, who is sitting

18   to your left.  So the Court will appoint him to represent you

19   in this matter.

20             THE DEFENDANT:  Thank you, Your Honor.

21             THE COURT:  And the Court is signing the

22   appointment order.  And since we're here for arraignment, at

23   this time, let me ask that you be placed under oath for

24   purposes of being arraigned by the Court.

25             MR. BLACK:  Your Honor, we were going to request

1  that the arraignment be postponed for a week and a half, till

2  the end of next week.  I think the defendant -- defense has a

3  motion to keep the matter under seal; is that correct?

4          MR. GORMAN:  Yes, Your Honor.  In fact I'm sorry,

5  I should have brought it right at the beginning.  Yes, we

6  would ask that this matter be kept under seal, Your Honor, to

7  protect the security of the defendant and the integrity of

8  this ongoing investigation.  We also join in this motion to

9  continue the arraignment for approximately a week or ten days,

10  for the same reasons.

11          MR. BLACK:  I will indicate that formerly, the

12  Department of Justice encourages their attorneys to unseal any

13  Court appearance, but for law enforcement purposes, there are

14  some practical issues involving the arrest of other defendants

15  and the possibility of cooperation.  So we can understand why

16  the defense wishes to keep it sealed to give him an

17  opportunity to keep -- to cooperate at least for a few days.

18          It's not clear that the other arrests would

19  happen immediately, depending on whenever the first arrest

20  occurs, then we'd be unsealing as to any new defendant that

21  comes in and of course that would unseal the whole thing.

22          THE COURT:  All right.

23          MR. BLACK:  But --

24          THE COURT:  All right, for the purpose of the

25  motion then to continue to seal the matter, the Court will

1   continue to seal it pending further proceedings herein until

2   otherwise advised or moved to the contrary.

3           And let's see, if we move to continue arraignment

4   in... for ten days?

5           MR. BLACK:  Friday of next week, if possible, if

6   it --

7           (Discussion with law clerk.)

8           MR. BLACK:  That's two weeks?

9           THE COURT:  13th?

10          MR. BLACK:  That would be fine, 13th.

11          THE COURT:  Thirteenth?

12          MR. GORMAN:  Yes, Your Honor, that's good.

13          THE COURT:  All right.  So let me continue the

14  matter for arraignment till Wednesday, May 13th.  At ten-

15  thirty in the morning.  Is that fine, 10:30?

16          MR. BLACK:  Your Honor, could it be slightly

17  earlier, 10 o'clock, or have to be at 10:30?  I have an

18  appointment at 11:00 that day.

19          THE COURT:  Can we make it earlier?  8:30?

20          MR. GORMAN:  Eight.  8:30 does doesn't bother me.

21          MR. BLACK:  8:30 be fine.

22          THE COURT:  Mr. Black?

23          MR. BLACK:  8:30 be fine or the afternoon that

24  day be fine.

25          THE COURT:  8:30.  Okay.  All right.  So we'll

1    continue this for arraignment to May 12th [sic] at 8:30 in the

2    morning.

3                    MR. BLACK:  May 13th, Your Honor?

4                    THE COURT:  May 13th, Wednesday.  Right.  8:30 in

5    the morning.  And for purposes of bail, the Court has received

6    a report from Pretrial Services that recommends that the

7    defendant be released with the conditions recommended to the

8    Court therein.  Any objections to his release pending

9    arraignment pursuant to the conditions of release submitted to

10   Court by the Pretrial office?

11                   MR. BLACK:  They look like good suggestions to

12   me, Your Honor.

13                   THE COURT:  Mr. Gorman?

14                   MR. GORMAN:  No objections, Your Honor.  There's

15   just -- a matter to keep the Court informed, he is a law

16   enforcement officer, so he usually would be carrying a weapon,

17   but he's going to go on leave for the next two weeks till the

18   13th, so there won't be any issue about him carrying a service

19   revolver or service weapon.

20                   THE COURT:  With regards to the other weapons?

21                   MR. GORMAN:  He has 24 hours to turn them over to

22   someone who does have a valid firearms ID.

23                   MR. BLACK:  As to -- just one condition, we'd

24   like him to surrender the passport to the probation office.

25                   THE COURT:  Let's see.  All right.  Do you have

1  any objections to that, Mr. Gorman?  Surrender his passport to

2  U.S. Probation?

3        MR. GORMAN:  Yes, actually we certainly don't

4  want him coming here to the courthouse, so what he'll do is

5  he'll surrender to me within 24 hours and I will bring it over

6  to U.S. Probation.

7        THE COURT:  All right.

8        MR. GORMAN:  If that's fine with the Court?

9        THE COURT:  That's fine with me.

10        MR. BLACK:  Fine with the government.

11        THE COURT:  All right.  So the defendant is

12  ordered to surrender his passport to his attorney, who will in

13  turn surrender the passport to the U.S. Probation Office.

14        All right.  So the Court will release you today

15  and order you to be here for your arraignment on May 13th at

16  8:30 in the morning, and the Court also advises you that if

17  you fail to comply with these conditions of release, a warrant

18  for your arrest may be issued and you could be jailed pending

19  further proceedings herein.  Do you understand that?

20        THE DEFENDANT:  Yes, Your Honor.

21        THE COURT:  All right.  So at this time, let me

22  release you and order you to be here for your arraignment on

23  the 13th unless otherwise advised by your attorney, so please

24  maintain contact with your attorney.   All right?

25        THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  All right.  Thank you very much,

2    Counsel, for being here this afternoon.  Thank you, sir.

3          MR. GORMAN:  Thank you, Your Honor.

4          THE COURT:  You're welcome.

5          (Proceedings concluded at 4:16 p.m.)

6                    * * *

7    -------------------------------------------

8          CERTIFICATE OF OFFICIAL REPORTER

9

10   CITY OF HAGATNA            )
                               )  ss.
11   TERRITORY OF GUAM         )

12

13          I, Veronica F. Reilly, Official Court Reporter for

14   the United States District Court of Guam, do hereby certify

15   the foregoing pages, 1 to 10, to be a true and correct

16   transcript of the electronically-recorded proceedings, to the

17   best of my ability, held in the above-entitled matter.

18          Dated this 4th day of April, 2016.

19

20                         /s/Veronica F. Reilly
                           Veronica F. Reilly
21                         Official Court Reporter

22

23

24

25