JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HENRY ALVENDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 15-00022 |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO ALLOW DEFENDANT'S |
| | ) TRAVEL TO JAPAN |
| HENRY ALVENDIA, | ) |
| Defendant. | ) |

COMES NOW, the defendant, HENRY ALVENDIA, through defense counsel, John T. Gorman and moves this Honorable Court for an order that he be allowed to travel to Japan with his family from approximately July 23, 2017 to July 31, 2017.

Defendant also requests the release of his passport for the requested travel. Defendant agrees to surrender his passport to U.S. Probation within 48 hours of his return to Guam. Assistant U.S. Attorney Frederick A. Black and U.S.

//

//

Probation Officer Trina Duenas have been consulted and have no objection.

DATED: Mongmong, Guam, July 13, 2017.

/s/



Attorney for Defendant
HENRY ALVENDIA